Craig S. Summers (State Bar No. 108,688)
craig.summers@kmob.com
Matthew S. Bellinger (State Bar No. 222,228)
matt.bellinger@kmob.com
Nicholas M. Zovko (State Bar No. 238,248)
nicholas.zovko@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
SPERIAN RESPIRATORY PROTECTION USA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SPERIAN RESPIRATORY PROTECTION USA, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>DRAEGER SAFETY, INC., a Delaware corporation,<br><br>          Defendant. | Civil Action No.<br><br>SACV08-01010 AG (MLGx)<br><br>**DECLARATION OF NICHOLAS M. ZOVKO IN SUPPORT OF PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Claim Construction Hearing:<br>Date:   July 13, 2009<br>Time:  10:00 a.m.<br>Courtroom:  10D<br><br>Hon. Andrew J. Guilford |

I, Nicholas M. Zovko, declare and state as follows:

1. I am an attorney at law admitted to practice before all courts of the State of California and the United States District Court for the Central District of California. I am an associate of the law firm Knobbe, Martens, Olson & Bear, LLP, attorneys of record for Plaintiff Sperian Respiratory Protection USA, LLC ("Sperian") in the above-captioned case. Unless otherwise stated, the facts set forth in this declaration are true of my own personal knowledge, and, if called upon to do so, I could and would testify competently to them.

2. I submit this declaration in support of Plaintiff's Opening Claim Construction Brief.

3. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 6,091,331 ("the '331 patent") titled "Emergency Worker and Fireman's Dual Emergency Warning System."

4. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 5,492,110 titled "Switched Alert Circuit for Fireman's Breathing System."

5. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 5,781,118 titled "Self-Contained Breathing Apparatus Having a Personal Alert Safety System Integrated Therewith."

6. Attached hereto as Exhibit D is a true and correct copy of a technical paper written by Rand G. Ellis titled "Fire Ground Portable Radio Communication" and dated March 23, 1992.

7. Attached hereto as Exhibit E is a true and correct copy of an article authored by Kevin Roche titled "Evolving Safety Technology: Integrated PASS Devices" as it appeared in the September 1996 edition of the publication "Fire Engineering."

/ / /

/ / /

-1-

8. Attached hereto as Exhibit F is a true and correct copy of an Office Action dated December 7, 1999 from the United States Patent and Trademark Office ("the Patent Office") for the '331 patent application.

9. Attached hereto as Exhibit G is a true and correct copy of an "Answer to First Office Action" for the '331 patent application as filed with the Patent Office on February 22, 2000.

10. Attached hereto as Exhibit H is a true and correct copy of a Notice of Allowance from the Patent Office for the '331 patent application dated March 25, 2000.

11. Attached hereto as Exhibit I is a true and correct copy of an advertising brochure for Draeger's PSS 7000 SCBA dated August 13, 2007 and available on Draeger's website.

12. Attached hereto as Exhibit J is a true and correct copy of an excerpt from "Webster's Third New International Dictionary of the English Language, Unabridged" dated 1993 that sets forth a definition for the word "adapted."

13. Attached hereto as Exhibit K is a true and correct copy of an excerpt from "Webster's Third New International Dictionary of the English Language, Unabridged" dated 1993 that sets forth a definition for the word "mount."

14. Attached hereto as Exhibit L is a true and correct copy of an excerpt from "Webster's Third New International Dictionary of the English Language, Unabridged" dated 1993 that sets forth a definition for the word "enunciate."

15. Attached hereto as Exhibit M is a true and correct copy of an excerpt from "Webster's Third New International Dictionary of the English Language, Unabridged" dated 1993 that sets forth a definition for the word "alarm."

/ / /

1 | I declare under penalty of perjury that the foregoing is true and correct
2 | and that I executed this declaration on May 15, 2009, at Irvine, California.

/s/ Nicholas M. Zovko
Nicholas M. Zovko

7062982v1

-3-