1  Craig S. Summers (State Bar No. 108,688)
   craig.summers@kmob.com
2  Matthew S. Bellinger (State Bar No. 222,228)
   matt.bellinger@kmob.com
3  Nicholas M. Zovko (State Bar No. 238,248)
   nicholas.zovko@kmob.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
5  Fourteenth Floor
   Irvine, CA  92614
6  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
7
   Attorneys for Plaintiff,
8  SPERIAN RESPIRATORY PROTECTION USA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SPERIAN RESPIRATORY PROTECTION USA, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>      v.<br><br>DRAEGER SAFETY, INC., a Delaware corporation,<br><br>            Defendant. | Civil Action No.<br><br>SACV08-01010 AG (MLGx)<br><br>**SECOND DECLARATION OF NICHOLAS M. ZOVKO IN SUPPORT OF PLAINTIFF'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br><br>Claim Construction Hearing:<br>Date:   July 13, 2009<br>Time:   10:00 a.m.<br>Courtroom:  10D<br><br>Hon. Andrew J. Guilford |

I, Nicholas M. Zovko, declare and state as follows:

1. I am an attorney at law admitted to practice before all courts of the State of California and the United States District Court for the Central District of California. I am an associate of the law firm Knobbe, Martens, Olson & Bear, LLP, attorneys of record for Plaintiff Sperian Respiratory Protection USA, LLC ("Sperian") in the above-captioned case. Unless otherwise stated, the facts set forth in this declaration are true of my own personal knowledge, and, if called upon to do so, I could and would testify competently to them.

2. I previously submitted a declaration in support of Plaintiff's Opening Claim Construction Brief.

3. I now submit this second declaration in support of Plaintiff's Responsive Claim Construction Brief.

4. Attached hereto as Exhibit N is a true and correct copy of the 1993 Edition of NFPA 1982 Personal Alert Safety Systems (PASS) for Fire Fighters.

5. Attached hereto as Exhibit O is a true and correct copy of an excerpt from "Webster's Third New International Dictionary of the English Language, Unabridged" dated 1993 that sets forth a definition for the word "remote."

6. Attached hereto as Exhibit P is a true and correct copy of Draeger's Proposed Claim Constructions dated April 17, 2009.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on May 29, 2009, at Irvine, California.

/s/ Nicholas M. Zovko
Nicholas M. Zovko

7197898_1

-1-