ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael A. Geibelson (CA State Bar No. 179970)
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Tel: 310-552-0130
Facsimile: 310-229-5800
E-mail: mageibelson@rkmc.com

Ronald J. Schutz (*Admitted pro hac vice*)
Cyrus A. Morton (*Admitted pro hac vice*)
Patrick M. Arenz (*Admitted pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500
Facsimile: 612-339-4181
E-mail: rjschutz@rkmc.com
E-mail: camorton@rkmc.com
E-mail: pmarenz@rkmc.com

Attorneys for Defendant
DRAEGER SAFETY INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| SPERIAN RESPIRATORY PROTECTION USA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DRAEGER SAFETY, INC. a Delaware corporation,<br><br>Defendant. | CASE NO. SACV 08-01010 AG (MLGx)<br><br>**DECLARATION OF PATRICK M. ARENZ IN SUPPORT OF DRAEGER SAFETY'S INC. MOTION TO AMEND SCHEDULING ORDER**<br><br>Date: July 27, 2009<br>Time: 10:00 a.m.<br>Ctrm.: 10D<br><br>Complaint Filed: September 11, 2008<br>Trial Date: April 13, 2010 |

**DECLARATION OF PATRICK M. ARENZ**

I, Patrick M. Arenz, declare and state as follows:

1. I am an attorney at law, duly licensed to practice before all courts in the State of Minnesota, and admitted to practice *pro hac vice* in the Central District

of California for the above-titled action. I am a member of the firm of Robins, Kaplan, Miller & Ciresi L.L.P., attorneys of record for Defendant Draeger Safety, Inc. As such, I am one of the attorneys charged with full file responsibility for the prosecution of this action and am fully familiar with the facts and circumstances hereof. If called as a witness I could competently testify to the following based upon my own personal knowledge.

2. Attached as Exhibit A is a true and correct copy of the Scheduling Order entered in the above-tilted action on February 9, 2009.

3. Attached as Exhibit B is a true and correct copy of correspondence from Patrick M. Arenz to Matthew S. Bellinger dated April 22, 2009.

4. Attached as Exhibit C is a true and correct copy of correspondence from Patrick M. Arenz to Matthew S. Bellinger dated May 18, 2009.

5. Attached as Exhibit D is a true and correct copy of correspondence from Matthew Bellinger to Patrick M. Arenz dated May 22, 2009.

6. Attached as Exhibit E is a true and correct copy of correspondence from Patrick M. Arenz to Matthew S. Bellinger dated May 26, 2009.

7. Attached as Exhibit F is a true and correct copy of correspondence from Matthew S. Bellinger to Patrick M. Arenz dated June 5, 2009.

8. Attached as Exhibit G is a true and correct copy of correspondence from Patrick M. Arenz to Matthew S. Bellinger dated June 11, 2009.

9. Attached as Exhibit H is a true and correct copy of correspondence from Patrick M. Arenz to Matthew S. Bellinger dated June 23, 2009.

10. On June 22, 2009, counsel for Draeger Safety, Cyrus A. Morton, and counsel for Sperian, Matthew S. Bellinger, held a conference of counsel to discuss the deadline for Draeger Safety to elect whether it will disclose its opinion of counsel. Sperian's position did not change from its correspondence dated June 5, 2009.

I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

Executed this 1st day of July, 2009 at Minneapolis, Minnesota.

By: _____
Patrick M. Arenz
Declarant