Craig S. Summers (State Bar No. 108,688)
craig.summers@kmob.com
Matthew S. Bellinger (State Bar No. 222,228)
matt.bellinger@kmob.com
Nicholas M. Zovko (State Bar No. 238,248)
nicholas.zovko@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
SPERIAN RESPIRATORY PROTECTION USA, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

|  |  |
|---|---|
| SPERIAN RESPIRATORY PROTECTION USA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DRAEGER SAFETY, INC., a Delaware corporation,<br><br>Defendant. | ) Case No. SACV08-01010 AG (MLGx)<br>)<br>) **DECLARATION OF**<br>) **NICHOLAS M. ZOVKO IN**<br>) **SUPPORT OF PLAINTIFF'S**<br>) **OPPOSITION TO**<br>) **DEFENDANT'S MOTION TO**<br>) **AMEND THE SCHEDULING**<br>) **ORDER TO ADD A DEADLINE**<br>) **FOR DEFENDANT TO**<br>) **DISCLOSE ITS OPINION OF**<br>) **COUNSEL**<br>)<br>) Hon. Andrew J. Guilford<br>)<br>) Date:   July 27, 2009<br>) Time:  10:00 a.m.<br>) Courtroom:  10D<br>)<br>) Fact Discovery Cutoff:<br>) August 14, 2009<br>)<br>) Final Pretrial Conference Date:<br>) March 29, 2010<br>)<br>) Trial Date: April 13, 2010<br>) |

1    I, Nicholas M. Zovko, declare and state as follows:

2    1.    I am an attorney at law admitted to practice before all courts of the

3    State of California and the United States District Court for the Central District

4    of California.  I am an associate of the law firm Knobbe, Martens, Olson &

5    Bear, LLP, attorneys of record for Plaintiff Sperian Respiratory Protection USA,

6    LLC ("Sperian") in the above-captioned case.  Unless otherwise stated, the facts

7    set forth in this declaration are true of my own personal knowledge, and, if

8    called upon to do so, I could and would testify competently to them.

9    2.    I submit this declaration in support of Plaintiff's Opposition to

10   Defendant's Motion to Amend the Scheduling Order to Add a Deadline for

11   Defendant to Disclose its Opinion of Counsel.

12   3.    Attached hereto as Exhibit 1 is a true and correct copy of

13   Defendant's First Supplemental Answers to Plaintiff's First Set of

14   Interrogatories (Nos. 1-12) dated March 6, 2009.

15   4.    Attached hereto as Exhibit 2 is a true and correct copy of the Joint

16   Scheduling Conference Report Pursuant to Rule 26(f) and L.R. 26-1, which the

17   parties filed with the Court on January 26, 2009.

18   5.    Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff's

19   First Set of Interrogatories (Nos. 1-12), which Sperian's counsel served on

20   counsel for Defendant Draeger Safety, Inc. ("Draeger") on January 12, 2009.

21   6.    Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff's

22   First Set of Requests for Production of Documents and Things (Nos. 1-65),

23   which Sperian's counsel served on Draeger's counsel on January 12, 2009.

24   7.    Attached hereto as Exhibit 5 is a true and correct copy of the

25   Court's Civil Minutes from the Scheduling Conference for the above-captioned

26   case that was held on February 9, 2009.

27   / / /

28   / / /

-1-

8.    Attached hereto as Exhibit 6 is a true and correct copy of Defendant's Answers to Plaintiff's First Set of Interrogatories (Nos. 1-12) dated February 11, 2009.

9.    Attached hereto as Exhibit 7 is a true and correct copy of Defendant's Rule 26(a)(1) Initial Disclosures dated January 26, 2009.  The date "January 26, 2008" is set forth on page 5 of the document at line 1.  However, that date should read "January 26, 2009," which is the date listed on the Certificate of Service on exhibit page 72 at line 6.

10.    Attached hereto as Exhibit 8 is a true and correct copy of an excerpt from the 2009 edition of "California Federal Civil Rules with Local Practice Commentary," which is published by LexisNexis and has the following authors:  Leonard B. Simon, Mary Jo Shartsis, Ann Taylor Schwing, and Marc M. Seltzer.  The attached excerpt includes pages from the Patent Local Rules of the United States District Court for the Northern District of California and commentary on those rules from the above-identified authors.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on July 13, 2009, at Irvine, California.


Dated:  July 13, 2009           _/s/ Nicholas M. Zovko_____
                                 Nicholas M. Zovko


7409111
071309

-2-