Craig S. Summers (State Bar No. 108,688)
craig.summers@kmob.com
Matthew S. Bellinger (State Bar No. 222,228)
matt.bellinger@kmob.com
Nicholas M. Zovko (State Bar No. 238,248)
nicholas.zovko@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
SPERIAN RESPIRATORY PROTECTION USA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SPERIAN RESPIRATORY PROTECTION USA, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> DRAEGER SAFETY, INC., a Delaware corporation, <br><br> Defendant. | Civil Action No. <br><br> SACV08-01010 AG (MLGx) <br><br> **DECLARATION OF MATTHEW S. BELLINGER IN SUPPORT OF SPERIAN'S CONTENTIONS AND POINTS AND AUTHORITIES FOR JOINT STIPULATION REGARDING DRAEGER SAFETY'S MOTION TO COMPEL PRODUCTION OF PRIVILEGED DOCUMENTS DUE TO CRIME/FRAUD ON THE PTO** <br><br> Hearing Date: November 3, 2009 <br> Time: 10:00 a.m. <br> Courtroom: 6A <br><br> Discovery Cutoff: 08/14/2009 <br> Pretrial Conference: 03/29/2010 <br> Trial: 04/13/2010 <br><br> Honorable Marc L. Goldman |

I, Matthew S. Bellinger, hereby declare as follows:

1.      I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP and am counsel of record for Plaintiff Sperian Respiratory Protection USA, LLC ("Sperian").  I have personal knowledge of the matters set forth herein.  If called upon to testify, I could and would testify competently hereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the June 17, 2009 deposition of David Haston. (FILED UNDER SEAL)

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the August 4, 2009 deposition of Steven Weinstein. (FILED UNDER SEAL)

4.      Attached hereto as Exhibit 3 is a true and correct copy of deposition exhibit 88, which includes a letter from Timothy Sopko of CTS to David Haston of Sperian that is dated September 3, 1997.  (FILED UNDER SEAL)

5.      Attached hereto as Exhibit 4 s a true and correct copy of deposition exhibit 90, which is a specification titled "New Integrated PASS Device" and dated September 5, 1997. (FILED UNDER SEAL)

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the July 24, 2009 deposition of William Siska. (FILED UNDER SEAL)

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the June 15, 2009 deposition of Duane Decker. (FILED UNDER SEAL)

8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of the June 16, 2009 deposition of Carl Schaefer. (FILED UNDER SEAL)

9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the transcript of the June 18, 2009 deposition of Carl Toft. (FILED UNDER SEAL)

10.     Attached hereto as Exhibit 9 is a true and correct copy of deposition exhibit 91, which is an April 1, 1998 letter from Rich Stein of Sperian to Robert Campman of Grace Industries with a copy to David Haston, William Siska, and Jack Bell. (FILED UNDER SEAL)

11.     Attached hereto as Exhibit 10 is a true and correct copy of an assignment of patent rights from Carl Toft, David V. Haston, Carl E. Schaefer, and Duane E. Decker to Bacou USA Safety, Inc. that is dated September 9, 1999 and that relates to the '331 patent application.

12.     Attached hereto as Exhibit 11 is a true and correct copy of a letter from Patrick Arenz to Matthew Bellinger dated August 26, 2009.

13.     Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the transcript of the August 18, 2009 deposition of Richard Sabacinski. (FILED UNDER SEAL)

14.     Attached hereto as Exhibit 13 is a true and correct copy of excerpts from Draeger's opening claim construction brief which was filed with the Court on May 15, 2009.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-2-

15.     Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the transcript of the August 7, 2009 deposition of Paul House of Draeger pursuant to Rule 30(b)(6). (FILED UNDER SEAL)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of September, 2009 in Irvine, California.


 /s/ Matthew S. Bellinger
Matthew S. Bellinger

7853882

-3-