ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael A. Geibelson (State Bar No. 179,970)
mageibelson@rkmc.com
2040 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Phone: (310) 552-0130
Facsimile: (310) 229-5800

Ronald J. Schutz (*pro hac vice*)
rjschutz@rkmc.com
Cyrus A. Morton (*pro hac vice*)
camorton@rkmc.com
Patrick M. Arenz (*pro hac vice*)
pmarenz@rkmc.com
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Phone: (612) 349-8500
Facsimile: (612) 339-4181

Attorneys for Defendant,
DRAEGER SAFETY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SPERIAN RESPIRATORY PROTECTION USA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DRAEGER SAFETY, INC., a Delaware corporation,<br><br>Defendant. | Case No. SACV08-01010 AG (MLGx)<br><br>**DECLARATION OF PATRICK M. ARENZ IN SUPPORT OF JOINT STIPULATION REGARDING DRAEGER SAFETY'S MOTION TO COMPEL PRODUCTION OF PRIVILEGED DOCUMENTS DUE TO CRIME/FRAUD ON THE PTO**<br><br>Date:  November 3, 2009<br>Time:  10:00 a.m.<br>Courtroom: 6A<br><br><u>Discovery Cut off</u>:<br>August 14, 2009<br><br><u>Pre-trial Conference</u>:<br>March 29, 2010 |

|  |  |
|---|---|
|  | ) Trial: |
|  | ) April 13, 2010 |
|  | ) |
|  | ) The Hon. Marc L. Goldman |
|  | ) |
|  | ) |
|  | ) |

### Declaration of Patrick M. Arenz

I, Patrick M. Arenz, declare and state as follows:

1. I am an attorney at law, duly licensed to practice before all courts in the State of Minnesota, and admitted to practice *pro hac vice* in the Central District of California for the above-titled action. I am a member of the firm of Robins, Kaplan, Miller & Ciresi L.L.P., attorneys of record for Defendant Draeger Safety, Inc. As such, I am one of the attorneys charged with full file responsibility for the prosecution of this action and am fully familiar with the facts and circumstances hereof. If called as a witness I could competently testify to the following based upon my own personal knowledge.

2. Attached as Exhibit A is a true and correct copy of the Scheduling Order entered by the Honorable Andrew J. Guilford on February 9, 2009.

3. Attached as Exhibit B is a true and correct copy of United States Patent 6,091,331.

4. Attached as Exhibit C is a true and correct copy of excerpts from a Rule 30(b)(6) deposition transcript of Sperian Respiratory Protection USA, LLC, taken on August 5, 2009. [FILED UNDER SEAL]

5. Attached as Exhibit D is a true and correct copy of excerpts from a deposition transcript of David Haston, taken on June 17, 2009. [FILED UNDER SEAL]

6. Attached as Exhibit E is a true and correct copy of an excerpt from

deposition exhibit 39, entitled "Survivair's Next Generation Integrated PASS Device Concept." [FILED UNDER SEAL]

7. Attached as Exhibit F is a true and correct copy of excerpts from the deposition transcript of William Siska, taken on July 24, 2009. [FILED UNDER SEAL]

8. Attached as Exhibit G is a true and correct copy of deposition exhibit 32, which is a Disclosure Document filed with the PTO on December 23, 1997. [FILED UNDER SEAL]

9. Attached as Exhibit H is a true and correct copy of excerpts from the deposition transcript of George Bethel, taken on August 12, 2009. [FILED UNDER SEAL]

10. Attached as Exhibit I is a true and correct copy of Sperian's supplemental privilege. [FILED UNDER SEAL]

11. Attached as Exhibit J is a true and correct copy of excerpts from the deposition transcript of Duane Decker, taken on June 15, 2009. [FILED UNDER SEAL]

12. Attached as Exhibit K is a true and correct copy of excerpts from the deposition transcript of Carl Toft, taken on June 18, 2009. [FILED UNDER SEAL]

13. Attached as Exhibit L is a true and correct copy of excerpts from the deposition transcript of Carl Schaefer, taken on June 16, 2009. [FILED UNDER SEAL]

14. Attached as Exhibit M is a true and correct copy of deposition exhibit 19, which is an email from David Haston regarding "Minutes – Compass meeting." [FILED UNDER SEAL]

15. Attached as Exhibit N is a true and correct copy of a letter from Matthew S. Bellinger to Patrick M. Arenz, dated August 25, 2009. [FILED UNDER SEAL]

16. Attached as Exhibit O is a true and correct copy of the file history to United States Patent 6,091,331.

17. Attached as Exhibit P is a true and correct copy of deposition exhibit 42, which is entitled "Pak-Alert 1000 Distress Alarm."

18. Attached as Exhibit Q is a true and correct copy of deposition exhibit 41, which is entitled "Air-Pak Fifty SCBA."

19. Attached as Exhibit R is a true and correct copy of excerpts from the deposition transcript of Steven Weinstein, taken on August 4, 2009. [FILED UNDER SEAL]

20. Attached as Exhibit S is a true and correct copy of United States Patent 5,317,305.

21. Attached as Exhibit T is a true and correct copy of United States Patent 5,781,118.

22. Attached as Exhibit U is a true and correct copy of a letter from Patrick M. Arenz to Matthew S. Bellinger, dated August 24, 2009. [FILED UNDER SEAL]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of September, 2009 in Minneapolis, Minnesota.

/s/ Patrick M. Arenz
Patrick M. Arenz